UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR TODD,<br><br>  Plaintiff,<br><br>  v.<br><br>SACRAMENTO COUNTY, et al.,<br><br>  Defendant. | No. 2:20-cv-1442 DB P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order dated September 20, 2021, the court dismissed plaintiff's first amended complaint and ordered plaintiff to file a second amended complaint within thirty days of the date of that order. (ECF No. 11.) Plaintiff was warned that failure to abide by the court's order would result in a recommendation that this action be dismissed. (Id. at 8.)

Thirty days have passed. Plaintiff has not filed an application to proceed in forma pauperis, paid the filing fee, requested an extension of time, updated his address, or otherwise responded to the court's order. Accordingly, the court will recommend that this action be dismissed for failure to prosecute and failure to comply with court orders.

////
////
////
////

1

1      For the reasons state above, the Clerk of the Court is ORDERED to randomly assign a
2 district judge to this action.

3      IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See
4 Local Rule 110; Fed. R. Civ. P. 41(b).

5      These findings and recommendations are submitted to the United States District Judge
6 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days
7 after being served with these findings and recommendations, plaintiff may file written objections
8 with the court and serve a copy on all parties.  Such a document should be captioned "Objections
9 to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file
10 objections within the specified time may waive the right to appeal the District Court's order.
11 Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

12 Dated:  February 23, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

18 DB:14
DB/DB Prisoner Inbox/Civil Rights/R/todd1442.fr_dism