1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    TREVOR TODD,                                No.  2:20-cv-01442 WBS DB P

12                    Plaintiff,

13            v.                                   ORDER

14    SACRAMENTO COUNTY, et al.,

15                    Defendants.

16

17            Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20            On February 23, 2022, the magistrate judge filed findings and recommendations herein

21    which were served on plaintiff and which contained notice to plaintiff that any objections to the

22    findings and recommendations were to be filed within twenty-one days.  (ECF No. 14.)  Plaintiff

23    has not filed objections to the findings and recommendations.

24            The court has reviewed the file and finds the findings and recommendations to be

25    supported by the record and by the magistrate judge's analysis.

26    ////

27    ////

28    ////

                                                     1

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed February 23, 2022 (ECF No. 14), are adopted in full;

2.  This action is dismissed without prejudice; and

3.  The Clerk of Court is directed to close this case.

Dated:  May 20, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/todd1442.800

2